**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Timothy John Peters

Renee Mary Peters

Debtor(s)

Case No: 18–41882 – KHS

Chapter 13 Case

**ORDER CONFIRMING MODIFIED POSTCONFIRMATION CHAPTER 13 PLAN**

It appears that a motion to modify the plan has been filed, that the plan as modified complies with Local Rule 3015–1, that notice of the motion to modify the plan was mailed to creditors, that a hearing was held, and that no objection to the plan as modified has been made, or if made, has been since withdrawn or overruled by the court.

IT IS ORDERED:

1. The plan as modified is confirmed and has become the plan; and
2. Any request of the debtor for termination of the stays in Part 16 of the plan is granted.

Dated: 6/17/21

<u>Kathleen H Sanberg</u>
United States Bankruptcy Judge

| NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT |
| --- |
| Filed and docket entry made on June 17, 2021 |
| Lori Vosejpka  Clerk, United States Bankruptcy Court |
| By: LindaS Deputy Clerk |

**mnbocnf13post** 13ocnfpo 12/2020